Certificate Number: 03088-PAE-DE-030220977

Bankruptcy Case Number: 17-16494



03088-PAE-DE-030220977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2017</u>, at <u>9:52</u> o'clock <u>AM CST</u>, <u>Chanda R Baker</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 27, 2017</u>    By:  <u>/s/Crystal Towner</u>

Name:  <u>Crystal Towner</u>

Title:  <u>Counselor</u>