# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chanda Baker<br>    Debtor | |
| | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns<br>    Movant<br>  vs. | NO. 17-16494 ELF |
| Chanda Baker<br>    Debtor | |
| William C. Miller Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, which was filed with the Court on or about January 19, 2018. Document No. 14.

             Respectfully submitted,

             **/s/Kevin G. McDonald, Esquire**
             Kevin G. McDonald, Esquire
             kmcdonald@kmllawgroup.com
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA 19106
             215-627-1322

February 12, 2018