# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16494-ELF

CHANDA BAKER

3944 PALMER COURT

COLLEGEVILLE, PA 19426

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHANDA BAKER

    3944 PALMER COURT

    COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 2/16/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee