**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| Chanda Baker | : |
| | : |
| | : Case No.: 17-16494 |
| | : |
| Debtor(s) | : Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on April 9, 2018, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all creditors. Additionally, creditors relative to proof of claims #2 and #3 were served pursuant to the addresses provided on the filed proof of claim.

Very Truly Yours,

May 8, 2018

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire