United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16494-elf
Chanda Baker                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Marie              Page 1 of 2             Date Rcvd: Sep 26, 2018
                            Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Chanda Baker,   3944 Palmer Court,   Collegeville, PA 19426-4811
13988252       +Aes/suntrust,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13988259       +Convergent Outsoucing, Inc,   Po Box 9004,   Renton, WA 98057-9004
14174787        Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
13988262       +Fed Loan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
14005035       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14043565       +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
13988275       +Rushmore Loan Mgmt Ser,   15480 Laguna Canyon Rd S,   Irvine, CA 92618-2132
14019338        U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13988276      ++UNITED CREDIT AND COLLECTIONS,   PO BOX 1075,   ST CHARLES MO 63302-1075
               (address filed with court: United Credit Co,   Attn: Bankruptcy,   512 Madison St,
                 St Charles, MO 63301)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 02:30:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14051674        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 02:37:32
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
                 Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14044329        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 02:37:06
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13988256       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 27 2018 02:30:31
                 Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
13988258       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 02:37:28     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
13988260       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2018 02:37:06     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13988261       +E-mail/Text: bankruptcy@cbtno.com Sep 27 2018 02:30:31     Crescent Bank And Trus,
                 Attn: Bankruptcy,   Po Box 61813,   New Orleans, LA 70161-1813
13988274       +E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 02:29:45     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14048056        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 02:37:17
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14028240        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 02:37:29
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN  55116-0408
13988253*      +Aes/suntrust,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13988254*      +Aes/suntrust,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13988255*      +Aes/suntrust,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13988257*      +Berks Credit & Collections,    Po Box 329,   Temple, PA 19560-0329
13988263*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988264*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988265*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988266*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988267*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988268*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988269*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988270*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988271*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988272*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
13988273*      +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
                                                                                      TOTALS: 0, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Marie                Page 2 of 2                   Date Rcvd: Sep 26, 2018
                               Form ID: pdf900            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Chanda  Baker brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANDA BAKER                                    Chapter 13

Debtor                    Bankruptcy No. 17-16494-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 26, 2018**   _____
                                Eric L. Frank
                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
CHANDA BAKER

3944 PALMER COURT

COLLEGEVILLE, PA 19426